# Third District Court of Appeal
## State of Florida

Opinion filed November 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-561
Lower Tribunal No. 21D-01337
_____

**Maximo C. Gomez,**
Appellant,

vs.

**Florida Department of Children and Families,**
Appellee.

An Appeal from the State of Florida Department of Children and Families, Office of Appeal Hearings.

Maximo C. Gomez, in proper person.

Leslie Hinds, Regional Legal Counsel, for appellee.

Before LOGUE, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.